COMMONWEALTH *vs.* PAT CALABRESE. March 12, 1969. There was no
error in the trial and convictions of the defendant on two complaints under
G. L. c. 272, § 28A.

*Judgments affirmed.*

*Joseph Sax* for the defendant.
*Leonard E. Gibbons*, Assistant District Attorney, for the Commonwealth.

EDWARD M. JOYCE *vs.* GEORGE W. PRESCOTT PUBLISHING COMPANY.
March 12, 1969. The petitioner (plaintiff in *Joyce* v. *George W. Prescott Pub-
lishing Co.* 348 Mass. 790) seeks to vacate a judgment for the respondent
(defendant in that case), entered in the Superior Court pursuant to a re-
script of this court following its decision holding that a news item describ-
ing an action begun by the plaintiff by filing in court a written complaint was
an accurate report and that a verdict should have been directed for the de-
fendant. There was no error in the denial of the petition. See *Handy* v.
*Miner*, 265 Mass. 226, 228. There is no showing or suggestion that the judg-
ment was entered otherwise than in accordance with law. G. L. c. 231, § 122.
The petitioner urges in effect that this court on the present exceptions should
review and reverse the prior decision. A petition in the Superior Court to
vacate judgment following rescript may not be availed of, in the Superior
Court or in this court, for the purpose sought. See, however, for a discussion
of some of the issues involved, *Joyce* v. *Globe Newspaper Co., ante*, 492.

*Exceptions overruled.*

*Edward M. Joyce*, pro se.
*James C. Heigham* for the respondent.